USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

FRANK DIAZ, TABET DIAZ, and PIERRE-LOUIS SEA MOSS LLC,

                Plaintiffs,

-against-                        22-CV-10404 (VEC)

GERARDO RAY, TAMIKA RAY, MAJESTIC RAY'S LLC, and MAJESTIC RAY'S LLC & PIERRE-LOUIS SEA MOSS LLC,           ORDER

                Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 9, 2023, the parties notified the Court that they consent to conducting all further proceedings before a Magistrate Judge; and

WHEREAS an Initial Pre-Trial Conference is currently scheduled for Friday, February 10, 2023 at 10:00 A.M., *see* Order, Dkt. 15;

IT IS HEREBY ORDERED that the Initial Pre-Trial Conference is CANCELED.

IT IS FURTHER ORDERED that not later than **Friday, February 10, 2023 at 5:00 P.M.**, the parties must submit a proper notice of consent to magistrate judge jurisdiction, available at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

**SO ORDERED.**

Date: February 9, 2023
      New York, New York

                                      **VALERIE CAPRONI**
                                      **United States District Judge**