UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANK DIAZ, et al.

                        Plaintiffs,                **22-cv-10404 (VF)**

        -against-                           **ORDER**

GERARDO RAY, et al.

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      Defendants' Motion to Dismiss is **DENIED**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

      **SO ORDERED.**

DATED:    New York, New York
               March 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge