

Please reply to NJ Office:    The Law Office of Barry E. Janay, P.C.
354 Eisenhower Pkwy, Ste. 1250
Livingston, NJ 07039
-and-
90 Broad Street 25th Flr. New York,
New York 10004
Tel: (844) 562-3572
Email: info@lobej.com

<u>Via: CM/ECF</u>

April 29, 2024

United States District Court
Southern District of New York
Chief Clerk Vito Genna
40 Foley Square, Room 240
New York, NY 10007
Tel: (212) 805-6350
Email: CaproniNYSDChambers@nysd.uscourts.gov

*Re: 22-CV-10404 (VEC) Request for Adjournment of Scheduled Appearance on May 1, 2024*

Dear Honorable Judge Caproni,

On behalf of Gerardo Ray, Tamika Ray, and Majestic Ray's LLC we are asking for an adjournment of the appearance scheduled for May 1, 2024. This is our first adjournment request and is submitted due to the primary attorney, Andrew Zeitz, Esq., needing to attend to his sick daughter. Opposing counsel, Sarah Haddad, Esq. from Pendulum Legal P.C. has consented to such adjournment. In lieu of the currently scheduled date, we propose moving the appearance to either June 5, 2024, or June 12, 2024, to best accommodate Ms. Haddad's government agency's fair hearing calendar. Mr. Zeitz has agreed to attend virtually if the Court should require the appearance to occur as initially scheduled. We humbly request that the Court adjourn this Wednesday's appearance to allow Mr. Zeitz time to care for his ailing daughter.

Please email Andrew Zeitz, the primary attorney handling this matter, at azeitz@lobej.com and Alana Levitt, a paralegal at the Firm, at alevitt@lobej.com with issues related to the request herein.

Very truly yours,

Barry E. Janay, Esq.
The Law Office of Barry E. Janay, P.C.

---

**Application Granted**

_Valerie Figueredo, U.S.M.J._
DATED: 4-30-2024

The adjournment requested herein is granted. The status conference in this matter is now scheduled for June 5, 2024 at 10:15 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Ms. Haddad is directed to inform the individual Plaintiffs of this change. The Clerk of Court is directed to terminate the motion at ECF No. 39.