UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FRANK DIAZ, et al.

                           Plaintiffs,                      **22-cv-10404 (VF)**

              -against-                                    **ORDER**

GERARDO RAY, et al.

                           Defendants.
-------------------------------------------------------------------X
VALERIE FIGUEREDO, United States Magistrate Judge

      Plaintiff counsel's motion to withdraw as counsel of record for Plaintiffs (ECF No. 34) is granted.

      As discussed at the conference on June 5, 2024, Plaintiffs Frank Diaz and Tabet Diaz seek to discontinue this case without prejudice. If Defendants seek dismissal with prejudice, Defendants should submit a letter explaining why this case should be dismissed with prejudice by **June 19, 2024**.

      **SO ORDERED.**

DATED:     New York, New York
                June 5, 2024

                                                                     VALERIE FIGUEREDO